# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JEFFREY L. LUCAS,<br><br>               Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>               Defendant. | No. CV 04-658 TUC-DCB<br><br>**ORDER OF DISMISSAL** |

    Based upon the parties' Joint Stipulated Motion for Dismissal with Prejudice, and good cause appearing,

    IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees.

    DATED this 21st day of December, 2005.

*/s/ David C. Bury*
David C. Bury
United States District Judge